**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7169

RICARDO EDWIN LANIER,

Plaintiff - Appellant,

v.

J. BURNS, Sheriff Officer, Henderson County Sheriff's Office; Z. CAPPS, Sheriff Officer, Henderson County Sheriff's Office,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, Chief District Judge. (1:22-cv-00078-MR)

Submitted: July 25, 2023                                Decided: July 27, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ricardo Edwin Lanier, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Edwin Lanier seeks to appeal the district court's orders dismissing all of his 42 U.S.C. § 1983 claims except for his excessive force claim, which the court allowed to proceed, and denying his requests for reconsideration of the dismissal order.  He also seeks to appeal the district court's subsequent orders denying his motion to change venue because of the district court judge's alleged bias and denying various types of relief he requested in several letters to the court.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Lanier seeks to appeal are neither final nor appealable interlocutory or collateral orders.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*